**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cesar Nahum MONTUFAR,**
**Defendant–Appellant.**

No. 07–14040
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 13, 2009.

Elio Vazquez, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Elio Vazquez, appointed counsel for Cesar Nahum Montufar in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Montufar's conviction and sentence are **AFFIRMED.**